UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ELSA PEREZ<br><br>Plaintiff,<br><br>v.<br><br>DSM FLORIDA, LLC D/B/A DESIGNSCAPES<br><br>Defendant. | Case No.: |

**- COMPLAINT AND DEMAND FOR JURY TRIAL -**

Plaintiff ELSA PEREZ by and through the undersigned counsel, hereby files this Complaint against the above-named Defendant, DSM FLORIDA, LLC d/b/a DESIGNSCAPES.

**NATURE OF THE CASE**

1. This is an action brought by Plaintiff ELSA PEREZ, (hereafter "Plaintiff") against her former employer, Defendant DSM FLORIDA, LLC d/b/a DESIGNSCAPES (hereafter referred to as "Defendant") for violations of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* ("FLSA"), and to recover unpaid wages.

**JURISDICTION AND VENUE**

2. This Court has subject matter jurisdiction conferred by 29 U.S.C. § 216(b) and 28 U.S.C. § 1331. This Court also has supplemental jurisdiction over Plaintiff's state law wage claim pursuant to 28 U.S.C. §

1367 because it arises from a common nucleus of operative facts and is so related to Plaintiff's FLSA claims, so as to constitute the same case or controversy under Article III of the U.S. Constitution.

3. Venue is proper in the Tampa Division of the Middle District of Florida under Local Rule 1.02 of the Local Rules of the Middle District of Florida. Sarasota County has the greatest nexus with the cause because it is the place where Plaintiff provided services and Defendant conducted business.

**PARTIES**

4. Plaintiff, ELSA PEREZ, a resident of Manatee County, was a former employee of Defendant who worked at DSM FLORIDA, LLC d/b/a DESIGNSCAPES.

5. Plaintiff, ELSA PEREZ, is an employee as defined by the laws under which this action is brought.

6. Defendant DSM FLORIDA, LLC d/b/a DESIGNSCAPES is an employer as defined by the laws under which this action is brought.

7. Defendant DSM FLORIDA, LLC D/B/A DESIGNSCAPES is a Florida Limited Liability Company that provides landscaping, maintenance, design, and irrigation services to businesses and homes.

8. DesignScapes is a fictitious name under which Defendant DSM FLORIDA, LLC conducts business.

## COVERAGE

9. Defendant DSM FLORIDA, LLC d/b/a DESIGNSCAPES is an enterprise engaged in commerce or in the production of goods for commerce, covered by the FLSA, and as defined by 29 U.S.C. § 203.

10. Defendant DSM FLORIDA, LLC D/B/A DESIGNSCAPES is engaged in the landscaping, design, irrigation, and maintenance industry, and is thus engaged in interstate commerce, *inter alia*, by working on or otherwise handling goods moving in interstate commerce, through the purchase or rental of landscaping equipment in interstate commerce; the purchase of tools and materials moving in interstate commerce; and/or through electronic payments, checks, wire transfers and credit card payments (or purchases) to entities outside the state of Florida, banks outside the state of Florida, and/or credit or finance companies outside the state of Florida.

11. Defendant accepts payment from customers through credit cards and/or checks from banks located outside the state of Florida. Defendant also hosts one or more websites viewed by potential customers across state lines, and send faxes, emails, and other communications across state lines.

12. Upon information and belief, Defendant's annual gross volume of sales exceeded $500,000/year at all relevant times.

13. Defendant DSM FLORIDA, LLC d/b/a DESIGNSCAPES is an employer within the definition of the FLSA, 29 U.S.C. § 203.

14. During the term of her employment, Plaintiff ELSA PEREZ was engaged in commerce and was therefore subject to the individual coverage of the FLSA. 29 U.S.C. § 206.

15. The services performed by Plaintiff were essential, necessary, and an integral part of the business conducted by Defendant.

16. Plaintiff was a covered employee for purposes of the FLSA pursuant to 29 U.S.C. § § 207 and 206.

## FACTUAL BACKGROUND

17. Plaintiff ELSA PEREZ was employed by Defendant DSM FLORIDA, LLC d/b/a DESIGNSCAPES from 2018 to April 2019.

18. Plaintiff held a landscaper and lead position at the time of separation.

19. Plaintiff's duties were mainly landscaping and maintenance.

20. Plaintiff was an hourly employee.

21. Plaintiff's last hourly rate was $14.00 per hour.

22. During her employment with Defendant, Plaintiff was classified as non-exempt.

23. Plaintiff did not satisfy any of the requirements for FLSA exemptions set forth in the FLSA.

24. Plaintiff was not paid her last check (of about 59 hours), and a check in arrears of approximately $400.00. With respect to the last check, the

same remained unpaid as Defendant intended to deduct amounts related to a work-related accident.

25. Defendant's actions were willful and/or showed reckless disregard as to whether its conduct was prohibited by the FLSA.

26. Plaintiff's time and payroll records (including the hours worked in each workweek) should be in Defendant's custody and control, pursuant to 29 C.F.R. § 516. However, the accuracy, completeness, and sufficiency of such records is currently unknown.

## COUNT I
## FLSA MINIMUM WAGE VIOLATIONS

27. Plaintiff re-alleges and incorporates the allegations contained in Paragraphs 1 through 26 above.

28. Plaintiff ELSA PEREZ performed work for Defendant DSM FLORIDA, LLC d/b/a DESIGNSCAPES for which she was not compensated.

29. Defendant DSM FLORIDA, LLC d/b/a DESIGNSCAPES did not pay Plaintiff the minimum wage required by the FLSA by not fully paying her last check (of about 59 hours), and a check in arrears of approximately $400.00 (estimated in 28 hours).

30. The actions of Defendant set forth above of failing to pay Plaintiff the statutory minimum wage constitute a violation of 29 U.S.C. §206.

31. Defendant's actions were willful and/or showed reckless disregard for the provisions of the F.L.S.A.

## COUNT II
## UNPAID WAGES UNDER FLORIDA COMMON LAW

32. Plaintiff ELSA PEREZ re-alleges and incorporates the allegations contained in Paragraphs 1 through 26 above.

33. During the period of her employment, Plaintiff ELSA PEREZ performed work for Defendant DSM FLORIDA, LLC d/b/a DESIGNSCAPES and Defendant agreed to compensate Plaintiff for all hours worked.

34. Defendant DSM FLORIDA, LLC D/B/A DESIGNSCAPES failed and refused to compensate Plaintiff all wages owed by not fully paying her the last check (of about 59 hours), and a check in arrears of approximately $400.00 (estimated in 28 hours).

35. As a result of the foregoing, Plaintiff ELSA PEREZ has suffered damages and has incurred in attorneys' fees and costs.

36. Pursuant to Section 448.08, Florida Statutes, Plaintiff is entitled to reasonable attorneys' fees and costs incurred in the prosecution of her unpaid wages claim.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff ELSA PEREZ respectfully requests judgment against Defendant DSM FLORIDA, LLC D/B/A DESIGNSCAPES, and the following damages:

a. Pre-judgment interest;

b. Attorneys' fees and costs as provided by 29 U.S.C. § 216(b);

c. Plaintiff's minimum wage rate;

    d. Liquidated damages in an amount equal to the unpaid minimum wages owed in accordance with 29 U.S.C. § 216(b);

    e. Plaintiff's unpaid wages pursuant to Florida Common Law;

    f. Attorneys' fees and costs as provided by Section 448.08, Fla. Stat.;

    g. Such further relief as the Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

37. Plaintiff requests a jury trial to the extent authorized by law.

Dated: September 6, 2019

Respectfully submitted,

**CYNTHIA GONZALEZ P.A.**
1936 W MLK Blvd.
Suite 206
Tampa, Florida 33607
Telephone: 813.333.1322
Toll free: 888.WagesDue
Fax: 866.593.6771
WagesDue.com

s/ Cynthia Gonzalez
Cynthia M. Gonzalez
Florida Bar No. 53052
Attorney for Plaintiff
cynthia@wagesdue.com